ORIGINAL

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

IVAN h. MENDEZ
(Enter above the full name of the plaintiff in this action)

V.

DELAWARE STATE

(Enter above the full name of the defendant(s) in this action)

05 - 305

FILED
MAY 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  Previous lawsuits

   A. Have you begun other lawsuits in state of federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   YES [X]    NO [ ]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit

      Plaintiffs as all of you know it all very well recorded

      Defendants _____

2. Court (if federal court, name the district, if state court, name the county)

    _____

3. Docket Number _____

4. Name of judge to whom case was assigned

    _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
    _____

6. Approximate date of filing lawsuit  As all of you know it all yeas well Decarles

7. Approximate date of disposition _____

II.  A.  Is there a prisoner grievance procedure in this institution?  YES [X]  NO [ ]

B.  Did you present the facts relating to your complaint in the state prisoner Grievance procedure:  YES [X]  NO [ ]

C.  If your answer is YES,

   1. What steps did you take? As all of you know it all

   2. What was the result? more worst all of the abuses toward myself

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?  YES [X]  NO [ ]

F. If your answer is YES,

   1. What steps did you take? As all of you know of abuses well Decarles

   2. What was the result? More worst as all of you know it

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  Juan h. Mendez

Address  Delaware Corr Center 1181 Paddock Road Smyrna De, 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendants.)

B. Defendant _____ is employed as _____

_____ at _____

C. Additional Defendants _____

_____

_____

_____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments Or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

For Hurt my Brushes and Braces legs and for all of the Physically, Verbally, Emotionally, Psychologically and in many other ways abuses and Discrimination That I have been victim of while I'm under his Custody.

V.  Relief

(State briefly exactly what you want the courts to do for you. Make no legal arguments. Cite no cases or statutes.)

Justice and Restitution for keeping on his custody after having received evidence of my innocence right after my second attempt to suicide and while working on my appeal, and Restitution too for all of the physically, emotionally, verbally, psychologically and in many other ways abuses that I have been victim of, and now that once again some of them got caught on the video cameras tape recorded where you can see (tape) and hear every single word.

Signed this Twelve day of May, 2005.

_Ivan L. Mendez_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

05/12/05
Date

_Ivan L. Mendez_
(Signature of Plaintiff)



U.S.M.S
X-RAY

UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON DELAWARE
19801-3570
U.S.A

IM Ivan L. Mendez
SBI# 483956   UNIT Sadu #23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977