# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

05 cv 305

Ivoni ho Mendez
(Enter above the full name of the plaintiff in this action)

V.

Delaware State

FILED
MAY 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Enter above the full name of the defendant(s) in this action)

I. Previous lawsuits

    A. Have you begun other lawsuits in state of federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        YES [X]   NO [ ]

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1. Parties to this previous lawsuit

        Plaintiffs As all of you know it all very well decided

        Defendants _____

2. Court (if federal court, name the district, if state court, name the county)

   _____

3. Docket Number _____

4. Name of judge to whom case was assigned

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____

6. Approximate date of filing lawsuit AS ALL OF YOU KNOW IT ALL VERY WELL DECORTES

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution?  YES [X]  NO [ ]

B. Did you present the facts relating to your complaint in the state prisoner Grievance procedure:  YES [X]  NO [ ]

C. If your answer is YES,

   1. What steps did you take? AS ALL OF YOU KNOW IT ALL

   2. What was the result? MORE WORST ALL OF THE ABUSES TOWARD MYSELF

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?  YES [X]  NO [ ]

F. If your answer is YES,

   1. What steps did you take? AS ALL OF YOU KNOW IT ALL VERY WELL DECORTES

   2. What was the result? MORE WORST AS ALL OF YOU KNOW IT

-2-

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.   Name of Plaintiff   JUAN M. MENDEZ

   Address   Delaware Corr. Center, 1181 Paddock Road, Smyrna, Delaware 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendants.)

B.   Defendant _____ is employed as _____
   _____ at _____

C.   Additional Defendants _____

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments Or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

For hurt my broken and braced legs and for all of the physical, verbal, emotional, psychological and in many other ways abuses and discrimination that I have been victim of while I'm under U.S. Custody

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

JUSTICE AND RESTITUTION FOR KEEP ME ON HIS CUSTODY AFTER HAVING RECEIVED EVIDENCE OF MY INNOCENCE RIGHT AFTER MY SECOND ATEMPT TO SUICIDE AND WHILE WORKING ON MY APPEAL AND RESTITUTION TOO FOR ALL OF THE MANY MANY PHYSICALLY, VERBALLY, EMOTIONALLY, PSYCHOLOGICALLY AND IN MANY OTHER WAYS ABUSES AND DISCRIMINATION THAT I HAVE BEEN VICTIM OF AND NOW, THAT AGAIN SOME OF THEM GOT CAUGHT ON THE VIDEO CAMERAS TAPE RECORDERS WHERE YOU CAN SEE IT ALL AND HEAR EVERY SINGLE WORD.

Signed this EIGHTEEN day of MAY, 19 2005

                     IVAN H. MENDEZ
                     (Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

05/18/05                 IVAN H. MENDEZ
Date                         (Signature of Plaintiff)

