IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IVAN L. MENDEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-305-JJF ) |
| DELAWARE STATE, | ) ) |
| Defendant. | ) |

**AUTHORIZATION**

FILED
JUL 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Ivan L. Mendez, SBI #453351, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated  07/25/05 , 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date:  07/25/05 , 2005.

IVAN L. MENDEZ
Ivan L. Mendez



I/M Iván h. méndez
SBI# 453351    UNIT SHU#23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570
U.S.A